IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| USA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:04cr433 |
| | ) | |
| v. | ) | |
| | ) | |
| JASMINE EARTH, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

The Clerk's Office has requested that Document Numbers 37 and 38 be stricken from the record for the following reason:

- Duplicate document of numbers 35 and 36.

IT IS THEREFORE ORDERED that the Clerk's Office shall strike Document Numbers 37 and 38 from the record.

DATED this 11th day of August, 2005.

BY THE COURT:

Joseph F. Bataillon
JOSEPH F. BATAILLON
United States District Judge